UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8094-GW-PLAx | Date | April 7, 2023 |
|---|---|---|---|
| Title | *GS Holistic, LLC v. Huntington Smoke Corp., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On April 6, 2023, Plaintiff GS Holistic, LLC filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court now sets an order to show re: settlement hearing for May 11, 2023 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon May 10, 2023.

:

Initials of Preparer    JG